**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MAQUESTIA CANNADY** | § | |
| *Plaintiff,* | § | |
| | § | **C.A. No. 4:26-cv-04341** |
| **v.** | § | |
| | § | |
| **CULINARY INSTIUTE INC. d/b/a** | § | |
| **CULINARY INSTITUTE LENOTRE** | § | |
| *Defendant* | § | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

TO THE HONORABLE NICHOLAS J. GANJEI, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION:

Maquestia Cannady, ("Plaintiff"), and Culinary Institute Inc., d/b/a Culinary Institute Lenotre, ("Defendant") file this Agreed to Motion for Extension of Time to File Opposition to Motion to Dismiss. Defendant files this motion while subject to, without waiving, and while preserving its rights under Rules 12(b)(1) through 12(b)(7) of the Federal Rules of Civil Procedure,

**INTRODUCTION**

1. Maquestia Cannady is the Plaintiff in the above styled matter.

2. Culinary Institute Inc., d/b/a Culinary Institute Lenotre is the Defendant in the above styled matter.

3. Defendant filed his Motion to Dismiss on August 28, 2026.

4. Plaintiff's deadline under local rules was September 18, 2026.

5. Defendant has agreed with Plaintiff to extend to September 22, 2026 to file an Opposition to said Motion to Dismiss.

## RELIEF REQUESTED

6. Plaintiff and Defendant have agreed that Plaintiff may file its Opposition to Motion to Dismiss on or before September 22, 2026, and respectfully request that the Court extend Plaintiff's filing date until September 22, 2026.

## ARGUMENTS & AUTHORITIES

To obtain an extension of time to file an answer in federal court within the Southern District of Texas the requesting party must obtain court approval by filing a motion whereunder the Court may extend the deadline if the party failed to act because of **excusable neglect**. Fed. R. Civ. P. 6(b)(1)(B).

1. **Prejudice** to Defendant is minimized by the short time interval involved and the absence of a pending court setting;
2. **Length of the delay** and impact on the proceedings is four days and will not prevent the timely occurrence of any proceeding;
3. **Reason for the delay**, is based on a calendar error in view of two other hearings, three new complaint filings and client meetings;
4. **Good faith**. Plaintiff seeks to fully represent her position for recovery and be prepared for any oral hearing setting on Defendant's Motion to Dismiss.

*Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993).

7. Plaintiff respectfully requests this extension of time to file its Opposition for good cause, as it will provide Plaintiff sufficient time to evaluate the extensive and complex claims alleged in Defendant's Motion to Dismiss.

8. Additionally, Defendant agrees to Plaintiff's request to obtain an extension of time to file its Opposition to Motion to Dismiss.

9. Thus, because there is excusable neglect and Defendant agrees to Plaintiff's request, the Court should grant Plaintiff and Defendant's Agreed to Motion for Extension of Time to File Opposition to Motion to Dismiss.

## PRAYER

Accordingly, Plaintiff and Defendant respectfully request that this Court GRANT their

Agreed to Motion for Extension of Time to File Opposition to Motion to Dismiss, thus extending the timeline for Plaintiff to file from September 18, 2026, to September 22, 2026.

Respectfully submitted,

**MERKLEY, JONES, & EASTHAM, PLLC**

By: *<u>/s/ James P. McInerny</u>*
James P. McInerny
State Bar No. 13678700
Fed. Id. No. 9138
jmcinerny@merkleyjones.com
600 Travis Street, Suite 5000
Houston, Texas 77002
O: 713.400.4199
M: 713-202-9728
*Attorney for Defendant*

*and*

**LLG NATIONAL LAW GROUP**

By: *<u>/s/ Renee Walker</u>*
State Bar No. 16958480
PHOENIX CORPORATE TOWER
3003 North Central Ave. Ste 685
Phoenix AZ 85012
(888)826-6580
(707)215-3600
Renee.walker@llgnational.com
*Attorney for Plaintiff*

**<u>CERTIFICATE OF CONFRENCE</u>**

I hereby certify that on September 21, 2026, I conferred with counsel for Defendant regarding the relief sought in this motion. Counsel for Defendant agreed to the relief requested.

*<u>/s/ Renee Walker</u>*
Renee Walker

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 21 2026, the foregoing was served via CM/ECF on all counsel of record pursuant to Local Rule 5.1.

*<u>/s/ Renee Walker</u>*

Renee Walker