United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Maquestia Cannady, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-4341 |
| | § | |
| Culinary Institute Inc, | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER GRANTING EXTENSION OF TIME</u>**

Before the Court is the parties' Joint Motion for Extension of Time to respond to Defendant's Motion to Dismiss. Doc. 19. The Motion is GRANTED. Plaintiff's deadline to respond to the Motion to Dismiss is extended to September 30, 2026.

**SO ORDERED**.

**SIGNED** at Houston, Texas, on the 28th of September, 2026.

Nicholas J. Ganjei
United States District Judge