**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARQUESTIA CANNADY,** | § | |
| | § | |
| **Plaintiff ,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-04341** |
| | § | |
| **CULINARY INSTITUTE, INC. d/b/a CULINARY INSTITUTE LENOTRE,** | § § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT CULINARY INSTITUTE, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Defendant Culinary Institute, Inc. ("Defendant" or "CIL") files this Unopposed Motion for Withdrawal and Substitution of Counsel and would respectfully show the following:

I.

The undersigned hereby moves the Court to allow James P. McInerny of Merkley Jones Eastham, P.L.L.C to withdraw as counsel for the Defendant and substitute Joseph W. Gagnon, Texas Bar No. 00787507, and Elizabeth J. Portie, Texas Bar No. 2414938 of the law office of Fisher & Phillips LLP, 910 Louisiana Street, Suite 4000, Houston, Texas 77002, Telephone No.: (713) 292-0150, Facsimile No.: (713) 292-0151, Emails: jgagnon@fisherphillips.com and eportie@fisherphillips.com, as attorneys for Defendant. The undersigned, with permission of Defendant, requests that Mr. Gagnon and Ms. Portie enter this matter for all purposes from this day forward. Mr. Gagnon is designated as attorney-in-charge for Defendant.

This motion is based upon good cause and the withdrawal and substitution is not sought for the purposes of delay.

II.

Therefore, the undersigned respectfully requests that the Court grant this motion and permit withdrawal of James P. McInerny as counsel for Culinary Institute, Inc. and allow the substitution of Joseph W. Gagnon and Elizabeth J. Portie as attorneys of record for Culinary Institute, Inc.

Respectfully submitted,

*/s/ Joseph W. Gagnon*

**JOSEPH W. GAGNON**
Texas Bar No. 00787507
S.D. No. 1685
**ELIZABETH J. PORTIE**
Texas Bar No. 24149308
S.D. No. 3940724
**FISHER & PHILLIPS, LLP**
910 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 292-0150
Facsimile: (713) 292-0151
jgagnon@fisherphillips.com
eportie@fisherphillips.com

**JAMES. P. MCINERNY**
Texas Bar No. 13678700
S.D. No. 9138
**MERKLEY JONES EASTHAM, P.L.L.C.**
600 Travis Street, Suite 5000
Houston, Texas 77002
Telephone: (713) 400-4199
Mobile: (713) 202-9728
jmcinerny@merkleyjones.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2026, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF document filing system, which sent notification and copies of the filing to all counsel of record.

*/s/ Joseph W. Gagnon*
**JOSEPH W. GAGNON**